# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00076-CV

**R. S. S. and M. M., IV, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. 20-0790, THE HONORABLE DWIGHT E. PESCHEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on February 28, 2022. By requests to this Court dated February 28, 2022, Tami L. Wolff and Gina K. May requested extensions of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Tami L. Wolff and Gina K. May are hereby ordered to file the reporter's record in this case on or before March 14, 2022. If the

record is not filed by that date, Tami L. Wolff and Gina K. May may be required to show cause why they should not be held in contempt of court.

It is ordered on March 3, 2022.

Before Justices Goodwin, Baker, Triana